958

No. 400, Misc. LAMPE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Monroe H. Freedman, Alvin Newmyer* and *Lawrence Speiser* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 479, Misc. CAMPISI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 483, Misc. JACKOVICK v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 489, Misc. OREBO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Roderick M. Hills* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 490, Misc. GORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 492, Misc. REED v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 493, Misc. ALBANESE v. NEW YORK. Court of Appeals of New York. Certiorari denied.